# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Barbara Ellis, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 2:26-cv-00380 |
| | ) | |
| vs. | ) | |
| | ) | |
| Halsted Financial Services, | ) | State Court Case No.: 26 CV 756 |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Halsted Financial Services, LLC, ("HFS"), by and through counsel, hereby removes the above-captioned action from the Circuit Court of Milwaukee County, Wisconsin, to the United States District Court for the Eastern District of Wisconsin.

Removal to this Court is proper under 28 U.S.C. §§ 1331, 1367, 1441, and 1446. Removal is based on the following:

1.     On January 29, 2026, Plaintiff, Barbara Ellis, filed a complaint in the Circuit Court of Milwaukee County, Wisconsin. A complete copy of the state court file is attached hereto as **Exhibit A**. Defendant has not yet filed a responsive pleading in state court.

2.     Plaintiff's Complaint purports to state a claim for a violation of 15 U.S.C. § 1692 of the Fair Debt Collection Practices Act ("FDCPA"). *See* Plaintiff's Complaint at Law attached hereto as **Exhibit B**, at 12.

3.     Plaintiff's Complaint has therefore pleaded a matter presenting a federal question. Accordingly, this Court has original federal question jurisdiction over Plaintiff's FDCPA claim. *See GNB Battery Technologies, Inc. v. Gould, Inc.*, 65 F.3d 615, 619 (7th Cir. 1995).

4.      This Notice of Removal is timely filed within thirty (30) days following purported service of Plaintiff's Complaint. *See* 28 U.S.C. § 1446(b).

5.      This Court has supplemental jurisdiction over Plaintiff's remaining state law claims for violations of Wisconsin's Consumer Act, which permits removal of any civil action brought in a state court of which the district courts of the United States have original jurisdiction. *See also* 28 U.S.C. § 1367(a) (allowing supplemental jurisdiction over state law claims that "form part of the same case or controversy.").

6.      Defendant HFS is the only defendant in this action and thus it is the only party who must consent to removal pursuant to 28 U.S.C. § 1446(b)(2).

7.      Venue in the Eastern District of Wisconsin is proper under 28 U.S.C. § 1446(a) because this case was filed in the Circuit Court of Milwaukee County, Wisconsin, which sits in this District.

8.      By filing this Notice of Removal, Defendant HFS explicitly reserves all rights to all objections and defenses to Plaintiff's Complaint at Law.

WHEREFORE, Defendant, HALSTED FINANCIAL SERVICES, LLC, prays that the above captioned case pending in the Circuit Court of Milwaukee County, Wisconsin, be removed to this federal court for further proceedings based on federal question jurisdiction and supplemental jurisdiction, that this Court take jurisdiction herein, and for any other relief as this Court deems just and proper.

GORDON REES SCULLY MANSUKHANI, LLP
*Attorneys for Defendant Halsted Financial Services, LLC*

By:  /s/ Stephanie F. Jones____
       Stephanie F. Jones

2

Stephanie F. Jones (WI# 1113627)
**GORDON REES SCULLY MANSUKHANI, LLP**
250 E Wisconsin Ave Ste 1800, Milwaukee, WI 53202
(414) 488-3999
sfjones@grsm.com